NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK H. BONNER,**
*Claimant-Appellant*

v.

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2021-1817

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 18-6927, Chief Judge Margaret C. Bartley, Judge Michael P. Allen, Judge William S. Greenberg.

---

**JUDGMENT**

---

MARK H. BONNER, Ave Maria School of Law, Naples, FL, argued for claimant-appellant.

BORISLAV KUSHNIR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee.  Also represented by RETA EMMA BEZAK, BRIAN M. BOYNTON, CLAUDIA BURKE, MARTIN F. HOCKEY, JR.; BRIAN D. GRIFFIN, ANDREW

J. STEINBERG, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 14, 2021          /s/ Peter R. Marksteiner
         Date                    Peter R. Marksteiner
                                 Clerk of Court